UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No.   21-cr-540 (PLF) |
| **Timothy Allen Hart** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW TRAVEL

COMES NOW, the defendant, Timothy Allen Hart, by and through his counsel, and herein respectfully moves the Court to modify the conditions of his pre-trial release to allow him to travel on a pre-paid cruise leaving from Fort Lauderdale, FL on April 9, 2022 and returning on April 16, 2022.  Counsel submits the following in support of this motion.

1. On June 30, 2021, Mr. Hart was arrested in Huber Heights, OH on a criminal complaint alleging violations of 18 U.S.C.§ § 1752, 231(a)(3), 1512 (c)(2), and 40 U.S.C. §5104(e)(2)(D) and (G).

2. He was released on pre-trial release under standard conditions of release, which specify that all travel outside the continental United States must be approved by the court.  *See* ECF No. 7.

3. Mr. Hart was indicted on August 25, 2021, for the same charges alleged in the criminal complaint, to which he entered a plea of not guilty on September 21, 2021.  The government obtained a superseding indictment alleging the same charges but amending language on January 6, 2022.  Mr. Hart also entered a plea of not guilty to the superseding indictment on February 1, 2022.

4. To undersigned counsel's knowledge, Mr. Hart has been compliant with his conditions of pre-trial release.  See ECF No. 15, 17.

5. Before Mr. Hart was charged on the instant offense, he paid for a cruise that he ultimately had to cancel because he was arrested in this matter.  He purchased this cruise in February of 2019 and he has been given until December of 2022 to use the credit from the cancelled cruise.

6. For this reason, Mr. Hart respectfully requests that the Court allow him to travel on this cruise that would depart on April 9, 2022 from Fort Lauderdale, FL and return on April 16, 2022.  This cruise would travel to San Juan, Puerto Rico, St. Thomas, and St. Kitts & Nevis.  Mr. Hart, along with other passengers, would leave the ship at each of these destinations during the day and would have to re-board the ship at the end of the day.

7. Mr. Hart has been compliant with his pre-trial release and does not pose a risk of flight.  Furthermore, he has been present at each court proceeding in this manner and will continue to abide by his court ordered conditions.

WHEREFORE, Mr. Hart respectfully requests that the Court modify his conditions of release to permit him to travel outside of the continental United States only for the purpose of traveling on this cruise leaving on April 9, 2022 and returning on April 16, 2022.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Maria N. Jacob
Assistant Federal Public Defender

D.C. Bar No. 1031486
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Maria_jacob@fd.org