UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 21-0540 (PLF) |
| | ) |
| TIMOTHY ALLEN HART, | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon careful consideration of defendant Timothy Allen Hart's Motion to Modify Conditions of Release to Allow Travel [Dkt. No. 22], the United States' response in opposition to the motion, Mr. Hart's reply in support of the motion, and the fact that Pretrial Services does not oppose the motion, it is hereby

ORDERED that Mr. Hart's Motion to Modify Conditions of Release to Allow Travel [Dkt. No. 22] is GRANTED; it is

FURTHER ORDERED that the Court hereby approves Mr. Hart's request to travel outside of the continental United States solely for the purpose of traveling on a cruise from April 9, 2022, to April 16, 2022; it is

FURTHER ORDERED that Mr. Hart may travel to Fort Lauderdale, Florida, for departure no sooner than April 8, 2022; it is

FURTHER ORDERED that, upon his return, Mr. Hart must report to Pretrial Services of the Southern District of Ohio on or before April 17, 2022; and it is

FURTHER ORDERED that Mr. Hart must provide the following documentation to Pretrial Services of the Southern District of Ohio on or before April 6, 2022:

1. Proof of valid ID and birth certificate that will be used as travel documents.
2. A copy of the ship's itinerary, including each port of call.
3. Proof of roundtrip transportation tickets to Fort Lauderdale, Florida.
4. Proof of hotel reservation if staying in Florida before departure.

      SO ORDERED.

                                                          /s/
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE: April 1, 2022