UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-00540 (PLF) |
| v. : | |
| : | |
| TIMOTHY ALLEN HART, : | |
| : | |
| : | |
| Defendant. : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court the above-captioned matter is now assigned to Assistant United States Attorney Joseph H. Huynh.  AUSA Huynh will be substituting for AUSA Mitra Jafary-Hariri.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Joseph H. Huynh*
JOSEPH H. HUYNH
D.C. Bar No. 495403
Assistant United States Attorney (Detailed)
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401-2708
Telephone: (541) 465-6771
Joseph.Huynh@usdoj.gov