UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TIMOTHY ALLEN HART, )<br>)<br>Defendant. )<br>) | Criminal No. 21-0540 (PLF) |

ORDER

The parties have filed a Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act [Dkt. No. 36]. The parties note that the government continues to produce global and specific discovery to Mr. Hart, that Mr. Hart continues to review the discovery as it is produced, and that the parties are currently engaged in negotiating a pretrial resolution of this matter. See id. ¶¶ 2-3. The parties seek a 60-day continuance of the status conference currently scheduled for September 28, 2022, at 1:00 p.m., requesting additional time to produce and review discovery and to continue plea negotiations. See id. at 2. The parties also ask the Court to toll the running of the Speedy Trial Act, 18 U.S.C. § 3161, and find that the ends of justice served by granting the 60-day continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Having considered the parties' motion and the entire record in this case, the Court will grant the motion. Accordingly, it is hereby

ORDERED that the parties' Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act [Dkt. No. 36] is GRANTED; it is

FURTHER ORDERED that the status conference currently scheduled for September 28, 2022, at 1:00 p.m., is VACATED and RESCHEDULED to December 5, 2022, at 1:00 p.m.; and it is

FURTHER ORDERED that the running of the Speedy Trial Act is tolled in the interest of justice through December 5, 2022.

SO ORDERED.

*Paul L. Friedman*
PAUL L. FRIEDMAN
United States District Judge

DATE: 9/20/22