UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> TIMOTHY ALLEN HART, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. 21-0540 (PLF) |

SCHEDULING ORDER

On September 28, 2022, the Court ordered the parties to file a joint status report informing the Court whether Mr. Hart intends to enter a guilty plea or proceed to trial. See September 28, 2022 Minute Order. On November 3, 2022, the parties jointly submitted a status report and proposed pretrial and trial schedule. See Joint Status Report and Proposed Pretrial and Trial Schedule [Dkt. No. 38] ("JSR"). The parties informed the Court that they were "actively engaged in discussion of a pre-trial resolution of this matter including a proposed written plea offer," but that Mr. Hart had "rejected that offer and is requesting a trial date." JSR at 1. The parties proposed a pretrial and trial schedule. After careful consideration of the parties' proposed schedule, the Court adopts some aspects of the proposed schedule but is unable to accommodate others. Accordingly, it is hereby

ORDERED that the proceedings in this case shall be governed by the following schedule:

1. TRIAL. A jury trial in this matter will commence with jury selection on October 2, 2023, at 10:00 a.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001, and will continue each weekday at 10:00 a.m. until concluded. In the interest of justice and with the agreement of the parties, the Speedy Trial Act is tolled through October 2, 2023.

2. FINAL PRETRIAL CONFERENCE. The final pretrial conference will be held on September 18, 2023, at 9:15 a.m. in Courtroom 29. The Court will rule on any objections to proposed exhibits, see infra ¶ 7, to the extent possible at the pretrial conference, hearing argument as necessary.

3. PRETRIAL MOTIONS. Any motions pursuant to Federal Rule of Criminal Procedure 12(b)(3)(A)-(D) shall be filed on or before June 2, 2023. Oppositions to any such motions shall be filed on or before June 16, 2023, and any replies in support of such motions shall be filed on or before June 23, 2023.

4. PRETRIAL MOTIONS HEARING. A hearing on any non-evidentiary pretrial motions will be held on July 7, 2023, at 10:00 a.m. either in person or via Zoom videoconference, to be determined later.

5. MOTIONS IN LIMINE AND DAUBERT MOTIONS. Any motions in limine and Daubert motions shall be filed on or before July 28, 2023. Oppositions to any such motions shall be filed on or before August 11, 2023, and any replies in support of such motions shall be filed on or before August 18, 2023.

6. EVIDENTIARY MOTIONS HEARING. A hearing on any motions in limine and Daubert motions will be held on September 8, 2023, at 10:00 a.m. either in person or via Zoom videoconference, to be determined later.

7.      JOINT PRETRIAL REPORT. On or before September 15, 2023, the parties shall file a Joint Pretrial Report that contains the following:

    a. Proposed voir dire questions.

    b. Proposed jury instructions.

    c. Lists of witnesses.

    d. Exhibit lists.

    e. Stipulations.

    f. Proposed jury verdict form.

In summary, this case will proceed pursuant to the following schedule:

| Date | Description |
| --- | --- |
| June 2, 2023 | The parties shall file any motions pursuant to Federal Rule of Criminal Procedure 12(b)(3)(A)-(D). See supra ¶ 3. |
| June 16, 2023 | The parties shall file oppositions to motions pursuant to Federal Rule of Criminal Procedure 12(b)(3)(A)-(D). See supra ¶ 3. |
| June 23, 2023 | The parties shall file any replies in support of motions pursuant to Federal Rule of Criminal Procedure 12(b)(3)(A)-(D). See supra ¶ 3. |
| July 7, 2023, at 10:00 a.m. | Motions hearing for any non-evidentiary pretrial motions. See supra ¶ 4. |
| July 28, 2023 | The parties shall file any motions in limine and Daubert motions. See supra ¶ 5. |
| August 11, 2023 | The parties shall file oppositions to motions in limine and Daubert motions. See supra ¶ 5. |
| August 18, 2023 | The parties shall file any replies in support of motions in limine and Daubert motions. See supra ¶ 5. |

| | |
|---|---|
| September 8, 2023, at 10:00 a.m. | Motions hearing for any motions in limine and Daubert motions. See supra ¶ 6. |
| September 15, 2023 | The parties shall file a Joint Pretrial Report. See supra ¶ 7. |
| September 18, 2023, at 9:15 a.m. | Final Pretrial Conference. See supra ¶ 2. |
| October 2, 2023, at 10:00 a.m. | Trial will commence in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse and will continue each weekday at 10:00 a.m. until concluded. See supra ¶ 1. |

SO ORDERED.

*Paul L. Friedman*

PAUL L. FRIEDMAN
United States District Judge

DATE: 11/10/22