

John M. Pierce – Managing Partner
E: jpierce@johnpiercelaw.com

March 09, 2023

**Via Email**

Re:     **United States v. Timothy Hart, Case Number 1:21-cr-00540-PLF-1**

Dear Counsel:

Timothy Hart has retained us to represent him with respect to all criminal proceedings in the above-referenced action. By his signature below, he hereby requests the following:

1) Please immediately coordinate with my Client Advocate, Em Lambert, copied on this correspondence, to execute a Substitution of Counsel form that we will file tomorrow to effectuate the change in counsel so that I am in a position to appear as his counsel of record at the next status hearing;

2) Please immediately coordinate with Ms. Lambert to transfer Mr. Hart's entire file to us, including all discovery you have received from the government. Ms. Lambert can assist in facilitating this transfer through electronic means such as DropBox to make the transfer as easy as possible for you;

For the sake of clarity, and by Mr. Hart's signature below, your representation of Mr. Hart is hereby terminated. Pursuant to the applicable ethical rules, please refrain from direct or indirect communication with Mr. Hart. All communications should be through me.

Re: JPL Transfer Letter
March 09, 2023
Page 2

Sincerely,

*John M. Pierce*

                                                John M. Pierce

                                                Managing Partner
                                                John Pierce Law