# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.    ) | No. 21-540 (PLF) |
| ) | |
| **TIMOTHY ALLEN HART,** ) | |
| ) | |
| **Defendant.**   ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully requests that the Court permit her to withdraw as attorney of record based on the following:

1. On March 9, 2023, John Pierce notified undersigned counsel that Mr. Hart retained him as counsel and no longer wished for undersigned counsel to represent him. Mr. Pierce also provided undersigned counsel with a signed letter from Mr. Hart acknowledging his wishes to retain Mr. Pierce in this matter.

2. Based on the above, undersigned counsel respectfully requests that the Court allow her to withdraw as counsel of record.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

Maria N. Jacob
D.C. Bar No. 1031486
Assistant Federal Public Defender

625 Indiana Avenue, N.W., Suite 550  
Washington, D.C. 20004  
(202) 208-7500  
Maria_Jacob@fd.org