UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TIMOTHY ALLEN HART,<br><br>Defendant. | Case No. 21-cr-540 PLF |

### ENTRY OF APPEARANCE

Please enter the appearance of the undersigned attorney, L. Barrett Boss of Cozen O'Connor, who is admitted to practice before this Court, as conflict counsel in the above captioned case for Timothy Allen Hart.

Respectfully submitted,

Dated: April 14, 2023                               COZEN O'CONNOR

By:   */s/ L. Barrett Boss*
        L. Barrett Boss (Bar No. 398100)
        COZEN O'CONNOR
        1200 19th St., NW, Suite 300
        Washington, D.C. 20036
        Telephone:  202-912-4818
        Facsimile: 866-413-0172
        Email:  bboss@cozen.com
        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2023, the foregoing Entry of Appearance was filed electronically using the Court's CM/ECF system, which filing will generate a notice of electronic filing, reflecting service on all counsel of record.

*/s/ L. Barrett Boss*
L. Barrett Boss (DC Bar No. 398100)
Email:  bboss@cozen.com
COZEN O'CONNOR
1200 19th St., NW, Suite 300
Washington, D.C. 20036
Telephone:  202-912-4818
*Counsel for Defendant*