IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 21-cr-540-PLF |
| | : | |
| v. | : | 18 U.S.C. § 231(a)(3) |
| | : | |
| TIMOTHY ALLEN HART, | : | |
| | : | |
| Defendant. | : | |

## JOINT NOTICE OF CORRECTION

The United States of American and the Defendant, Timothy Allen Hart, jointly file this Notice of Correction to correct an error in the parties' plea agreement, ECF No. 59, which was signed by the Defendant and entered on the docket on April 26, 2023. Paragraph 1 of the agreement erroneously states that the maximum term of supervised release for a crime under 18 U.S.C. § 231(a)(3) is one year. However, it should properly state three years, under 18 U.S.C. § 3583(b)(2), as a class D felony. The parties, therefore, wish to notify the Court of the necessary correction, so that the Defendant may be properly noticed on the record before his sentencing on July 27, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ Samantha R. Miller
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov

<u>/s/ John M. Pierce</u>
John M. Pierce, Esq.
John Pierce Law Firm
21550 Oxnard Street 3 rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com
Attorney for Defendant
