UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-540 (PLF) |
| | : | |
| | : | |
| TIMOTHY ALLEN HART, | : | |
| Defendant. | : | |

### UNITED STATES' RESPONSE TO
### DEFENDANT'S MOTION FOR RETURN OF SEIZED PROPERTY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby responds to the defendant's motion for return of seized property. As of this morning, the FBI has returned the defendant's laptop computer, cellular telephone, sweatshirt, and hat that were originally seized in connection with this case directly to the defendant. We therefore believe the defendant's request is satisfied and his motion now moot.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ Mindy Deranek
MINDY DERANEK
Washington State Bar No. 43085
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
Telephone: 202-252-7776
Mindy.Deranek@usdoj.gov